UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Richard Dean CLARK,<br><br>               Petitioner,<br><br>      v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>               Respondent. | Case Number 5-97-cv-20618-JW<br><br>DEATH-PENALTY CASE<br><br>ORDER DIRECTING FILING OF DOCUMENTS AND STATUS REPORT<br><br>[] |
|---|---|

      On May 2, 2007, pursuant to an order of this Court, the parties filed a joint case-management statement. The joint statement indicates that discovery litigation is ongoing in state court but appears to be nearing conclusion. The joint statement also indicates that most, but not all, of the issues related to the accuracy of declarations drafted or procured by Kathleen Culhane have been resolved; Ms. Culhane has pleaded guilty in the Superior Court of California for the County of Sacramento to, inter alia, procuring or offering false or forged declarations on behalf of condemned inmates. It appears that Ms. Culhane may have been charged with committing such crimes in the course of her work in the present action, although such charges may have been dismissed in accordance with a plea agreement.

      Accordingly, and good cause therefor appearing, the parties shall submit forthwith copies of the charging documents and plea agreement in state court connected with Ms. Culhane, as

Case No. 5-97-cv-20618-JW
ORDER DIRECTING FILING OF DOCUMENTS AND STATUS REPORT
(DPSAGOK)

1  well as a list of the names and numbers of cases in which Ms. Culhane submitted allegedly false
2  or forged documents.  In addition, not later than forty days after the date of the present order, the
3  parties shall submit a joint report indicating the status of the state-court discovery litigation as
4  well as the status of matters related to Ms. Culhane.

*It is so ordered.*

8  DATED:  May 9 2007

JAMES WARE
United States District Judge