FILED

JUN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Richard Dean CLARK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case Number 5-97-cv-20618-JW<br><br>DEATH-PENALTY CASE<br><br>ORDER DIRECTING FILING OF THIRD STATUS REPORT REGARDING DISCOVERY LITIGATION<br><br>[] |

　　　　In their second status report regarding the status of state-court discovery litigation, the parties indicated that Respondent's counsel was in the process of producing materials on the conflict witnesses, such as rap sheets, police reports, and probation files; Respondent stated that he would file a notice with the Court when these materials have been provided. It has now been more than three months since the parties filed their last status report. Accordingly, and good cause therefor appearing, the parties shall submit an updated joint report indicating the status of the state-court discovery litigation and its impact on the present action within fourteen days after the present order is filed.

*It is so ordered.*

DATED: May 30, 2008

　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK, | Case Number: CV97-20618 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALDERON, ET AL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bill Lockyer
CA State Attorney General's Office
455 Golden Gate Ave Suite 11000
San Francisco, CA 94102-7004

Edmund G. Brown
Attorney General of the State of California
455 Golden Gate Avenue Suite 11000
San Francisco, CA 94102-7004

George Williamson
CA State Attorney General's Office
455 Golden Gate Ave Suite 11000
San Francisco, CA 94102-7004

Michael G. Millman
California Appellate Project
101 Second St., Suite 600
San Francisco, CA 94105

Ronald A. Bass
CA State Attorney General's Office
455 Golden Gate Ave Suite 11000
San Francisco, CA 94102-7004

Ronald Edwin Niver
Attorney at Law
455 Golden Gate Avenue Suite 11000
San Francisco, CA 94102

Dated: May 30, 2008
June 11, 2008

Richard W. Wieking, Clerk
By: Elizabeth C. Garcia, Deputy Clerk