```
1  JOHN R. GRELE
   State Bar No. 167080
2  149 Natoma St., third floor
   San Francisco, California 94105
3  (415) 348-9300 (telephone)
   (415) 348-0364 (fax)
4
   LYNNE COFFIN
5  State Bar No. 121389
   38 Miller Ave., #328
6  Mill Valley, CA 94941
   (415) 383-2432
7
   Attorneys for Petitioner
8  RICHARD DEAN CLARK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK,<br><br>　　　　Petitioner,<br><br>vs.<br><br><br><br>ROBERT WONG, Warden of<br>California State Prison at San Quentin,<br>California,<br><br>　　　　Respondent. | No. C-97-20618-JW<br><br><br><br>JOINT STIPULATION AND ORDER TO<br>CONTINUE DATE FOR SUBMISSION OF<br>AMENDED PETITION AND ANSWER<br><br><br><br><br>**DEATH PENALTY CASE** |

　　　　WHEREAS the Court issued an order on July 27, 2009 for Mr. Clark to file his Fifth Amended Petition by August 10, 2009, and Respondent to file his Answer by September 14, 2009;

　　　　WHEREAS counsel for Petitioner has been preparing for a death penalty trial that was set for September 1, 2009 and on August 4, 2009 was continued to January 12, 2010, and has, therefore, not been able to work on this matter until today;

　　　　WHEREAS counsel for Petitioner is planning to be on vacation during the weeks of August 10, 2009 and August 17, 2009;

　　　　WHEREAS counsel for the parties have conferred and agreed to extend the deadlines for the filing of the Fifth Amended Petition and the Answer; and

**Jnt. Stip. & Order to Continue**
**No. C-97-20618-JW**

1 | WHEREAS counsel intend to meet the remaining deadlines in the Court's Scheduling Order;

2 | IT IS HEREBY STIPULATED by the parties, and respectfully requested of the Court, that the

3 | time for the filing of the Fifth Amended Petition be extended to August 28, 2009, and the time to file

4 | the Answer be extended to September 30, 2009

Dated: August 5, 2009                                Respectfully submitted,

JOHN R GRELE
LYNNE S. COFFIN
Attorneys for Petitioner
RICHARD DEAN CLARK


By:_____/s/_____
        John R Grele

Dated: August 5, 2009

EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GLENN R. PRUDEN
Supervising Deputy Attorney General
ALICE LUSTRE
Deputy Attorney General

Attorneys for Respondent
ROBERT AYERS

By: _____/s/_____
           Alice Lustre

IT IS SO ORDERED:

Dated: 8/13/2009

_____
Hon. James Ware
United States District Judge