IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD DEAN CLARK,** <br> Petitioner, <br> v. <br> **JILL L. BROWN, Warden of California State Prison at San Quentin,** <br> Respondent. | Case No. C-97-20618 JW <br> DEATH PENALTY CASE <br> [~~PROPOSED~~] RESCHEDULING ORDER |

The parties jointly request that the Court reschedule events in the present action. Pursuant to stipulation and the joint request of the parties, the Court grants the request and adopts the following schedule.

(1) Respondent shall answer the fifth amended petition on or before December 7, 2009.

(2) Petitioner shall move for discovery on or before December 14, 2009.

(3) Petitioner shall file his traverse and Respondent shall file any opposition to the motion for discovery on or before January 15, 2010.

(4) Petitioner shall file any reply to the motion for discovery on or before February 12, 2010.

1

1  Unless otherwise ordered, the Court will take the motion for discovery under submission
2  without oral argument upon the filing of the reply brief or the expiration of the time to file a reply
3  brief. The Court subsequently will schedule the briefing of motions for an evidentiary hearing
4  and summary judgment.

*It is so ordered.*

Dated: _November 19, 2009_ _____
JAMES WARE
United States District Judge