UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
JUL 22 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Richard Dean CLARK, | Case Number 5-97-cv-20618-JW |
| Petitioner, | DEATH-PENALTY CASE |
| v. | ORDER RESCHEDULING BRIEFING OF PETITIONER'S SECOND MOTION FOR DISCOVERY |
| Vince CULLEN, Acting Warden of San Quentin State Prison, | |
| Respondent. | [resolves all pending motions] |

Respondent requests an extension of time to file his opposition to Petitioner's Second Motion for Discovery and Petitioner requests an extension of time to file his traverse. Good cause appearing therefor, the Court grants the requests and adopts the following schedule.

(1) Respondent shall file his opposition to Petitioner's Second Motion for Discovery on or before July 19, 2010.

(2) Petitioner shall file his traverse and any reply to Respondent's opposition to Petitioner's Second Motion for Discovery on or before August 23, 2010.

Unless otherwise ordered, the Court will take Petitioner's Second Motion for Discovery under submission without oral argument upon the filing of the reply brief or the expiration of the time to file a reply brief. The Court subsequently will schedule the briefing of motions for an evidentiary hearing and summary judgment.

The present order resolves all pending motions in this action; the clerk therefore shall terminate all pending motions.

*It is so ordered.*

DATED: July 21, 2010

JAMES WARE
United States District Judge

Case No. 5-97-cv-20618-JW
ORDER RESCHEDULING BRIEFING OF PETITIONER'S SECOND MOTION FOR DISCOVERY
(DPSAGOK)