**FILED**

OCT 22 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Richard Dean CLARK,<br><br>    Petitioner,<br><br>v.<br><br>Vince CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 5-97-cv-20618-JW<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSIONS OF TIME AND TO FILE OVERSIZED BRIEF<br><br>[resolves all pending motions] |

    Petitioner seeks extensions of time to file his traverse and his reply brief in support of his discovery motion, as well as authorization to file an oversized brief. Respondent does not oppose these requests, which are reasonable, particularly in light of Petitioner's counsel's obligations in representing Albert Greenwood Brown, whose execution was scheduled for September 29 and 30, 2010. Accordingly, and good cause appearing therefor, the Court grants the motions and deems the traverse and the reply brief timely filed. Petitioner's Second Motion for Discovery is submitted.

    The present order resolves all pending motions in this action; the Clerk therefore shall terminate all pending motions.

*It is so ordered.*

DATED: *October 19, 2010*

*/s/ James Ware*
JAMES WARE
United States District Judge

Case No. 5-97-cv-20618-JW
ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSIONS OF TIME & TO FILE OVERSIZED BRIEF
(DPSAGOK)