JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, third
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

KAMALA HARRIS
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GLENN R. PRUDEN
Supervising Deputy Attorney General
ALICE B. LUSTRE
State Bar No. 241994
Deputy Attorney General
(415) 703-1167 (telephone)
(415) 793-1234 (fax)

Attorneys for Respondent
MICHAEL MARTEL

FILED
AUG X 1 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK, | No. C-97-20618-JW |
| Petitioner, | |
| vs. | JOINT STATUS REPORT ON DISCOVERY SCHEDULE AND [PROPOSED] ORDER |
| MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin, California, | |
| Respondent. | **DEATH PENALTY CASE** |

Jnt. Status & Proposed Order
No. C-97-20618-JW

1    Pursuant to the Stipulation and Order of May 26, 2011 (Doc. 491), petitioner was to serve
2 discovery subpoenas by May 28, 2011 and depositions were to conclude by July 15, 2011. However,
3 that schedule is, unfortunately not achieveable.
4    Upon receipt of the order, petitioner initially encountered some difficulties determining what
5 information to provide to whom at the Marshal's office as the CJA office requires the Marshal serve
6 the subpoenas. By the time this was sorted out, the discovery schedule would not have permitted
7 sufficient time for the third parties to adequately search for and retrieve whatever documents they may
8 have available in order to provide the information prior to depositions. The subpoenas are now ready
9 to serve, but need a different production date, one that is sufficient in advance to permit the entities to
10 secure information and the parties to use it for depositions. They also need to include sufficient time
11 for the Marshals to effectuate service, which is about two (2) weeks.
12    In addition, it has been more difficult than originally thought to locate the deponents. It is
13 believed that they will have to familiarize themselves with some records in order to make the
14 depositions useful, which may take some time. Summer schedules do not permit but a few days here
15 and there in which depositions can take place.
16    For the foregoing reasons, the parties respectfully request to modify the discovery schedule as
17 follows: subpoenas to be given to the Marshal by June 30, 2011 with a production date of August 10,
18 2011; Depositions to be completed by September 30, 2011.

21 Dated: June 26, 2011                    Respectfully submitted,

22                                          JOHN R GRELE
                                            LYNNE S. COFFIN
23                                          Attorneys for Petitioner
                                            RICHARD DEAN CLARK
24

25                                          By:____/s/_____
                                                 John R Grele
26 ///

27 ///

28 ///

Jnt. Status & Proposed Order
No. C-97-20618-JW                                    2

Dated: June 27, 2011

                                              KAMALA HARRIS  
                                              Attorney General  
                                              DANE R. GILLETTE  
                                              Chief Assistant Attorney General  
                                              GERALD A. ENGLER  
                                              Senior Assistant Attorney General  
                                              GLENN R. PRUDEN  
                                              Supervising Deputy Attorney General  
                                              ALICE B. LUSTRE  
                                              Deputy Attorney General

                                              Attorneys for Respondent  
                                              ROBERT AYERSMICHAEL MARTEL

                                              By: _____/s/_____  
                                                            Alice B. Lustre

IT IS SO ORDERED:

Dated: 8/1/11

                                              _____  
                                              Hon. James Ware  
                                              United States District Judge