UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Dean CLARK,<br><br>    Petitioner,<br><br>    v.<br><br>Michael MARTEL,<br> Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 5-97-cv-20618-JW<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING<br>CONCLUSION OF DISCOVERY |

Discovery in the present action was scheduled to be concluded by September 30, 2011. Good cause appearing therefor, the parties shall file a joint statement within thirty days after the present order is entered. The statement shall include a report on the status of discovery. The statement also shall include an updated proposed schedule or schedules for resolving the present action as expeditiously as possible.

*It is so ordered.*

DATED: October 11, 2011

JAMES WARE
United States Chief District Judge

Case No. 5-97-cv-20618-JW
ORDER REGARDING CONCLUSION OF DISCOVERY
(DPSAGOK)