**FILED**

APR X 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Dean CLARK,<br><br>    Petitioner,<br><br>  v.<br><br>Kevin CHAPPELLE,<br>Acting Warden of San Quentin State Prison,[1]<br><br>    Respondent. | Case Number 5-97-cv-20618-JW<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING<br>CONCLUSION OF DISCOVERY |

  Discovery in the present action was rescheduled to be concluded by March 30, 2012. Good cause appearing therefor, the parties shall file a joint statement within thirty days after the present order is entered. The statement shall include a report on the status of discovery. The statement also shall include an updated proposed schedule or schedules for resolving the present action as expeditiously as possible.

                                 It is so ordered.

DATED:  APR - 4 2012

                           _James Ware_
                           JAMES WARE
                           United States Chief District Judge

---

[1] Kevin Chappelle is automatically substituted for his predecessor as the named Respondent pursuant to Federal Rule of Civil Procedure 25(d).

Case No. 5-97-cv-20618-JW
ORDER REGARDING CONCLUSION OF DISCOVERY
(DPSAGOK)