JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, third
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK, <br><br> Petitioner, <br><br> vs. <br><br> MICHAEL MARTEL, ActingWarden of California State Prison at San Quentin, California, <br><br> Respondent | No. C-97-20618-JW <br><br> STATUS REPORT AND REQUEST RE DISCOVERY <br><br> **DEATH PENALTY CASE** |

    Pursuant to the party's previous submission, discovery was to be completed and an evidentiary hearing motion filed by June 12, 2012.

    However, it was not possible to submit the motion by that date. Petitioner's counsel has been involved in ongoing and extensive dissolution proceedings that have occupied most of his time. Those proceedings concluded with a final order on June 20, 2012. In addition, Petitioner's counsel has been involved in lethal injection litigation in three courts in the past six weeks. This litigation was precipitated by private party and the Los Angeles District Attorney who has sought execution dates despite a state court injunction preventing execution at present. The briefing in those matters that is

**Status Report and Request for Amendment**
**No. C-97-20618-JW**

1  going to be submitted by Petitioner's counsel has been completed and a hearing is set for July 13, 2012.

2  In light of the above, Petitioner's counsel requests that he be allowed to make his evidentiary

3  submission with any new evidence by July 10, 2012. Respondent's counsel agrees to this request.

Dated: June 23, 2012                             Respectfully submitted,

                                                 JOHN R GRELE
                                                 LYNNE S. COFFIN
                                                 Attorneys for Petitioner
                                                 RICHARD DEAN CLARK


                                                 By:_____/s/_____
                                                         John R Grele


Dated:                                           ALICE LUSTRE
                                                 Attorney for Respondent

                                                 By:_____/s/_____


Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 10, 2012
                                                 _____
                                                 JAMES WARE
                                                 United States Chief District Judge

**Status Report and Request for Amendment**
**No. C-97-20618-JW**                            2