

1   JOHN R. GRELE
    State Bar No. 167080
2   149 Natoma, St, 3rd Floor
    San Francisco, California 94105
3   (415) 348-9300 (telephone)
    (415) 348-0364 (fax)
4
    LYNNE COFFIN
5   State Bar No. 121389
    38 Miller Ave., #328
6   Mill Valley, CA 94941
    (415) 383-2432
7
    Attorneys for Petitioner
8   RICHARD DEAN CLARK

9

10

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14

    RICHARD DEAN CLARK,                ) No. C-97-20618-JW
15                                      )
             Petitioner,                )
16                                      )
    vs.                                 ) STIPULATION AND ORDER FOR
17                                      ) ADDITIONAL TIME TO FILE
                                        ) EVIDENTIARY SUBMISSION
18                                      )
    MICHAEL MARTEL, ActingWarden of     )
19   California State Prison at San Quentin, )
    California,                         ) **DEATH PENALTY CASE**
20                                      )
            Respondent                  )

21

22       Pursuant to the party's previous submission, discovery was to be completed and an evidentiary

23   hearing motion filed by July 10, 2012. a further request was submitted to have the evidentiary

24   submission completed by July 18, 2012 based on petitioner's counsel's unavailability due to the lethal

25   injection litigation, and the absence of complete transcripts for the depositions.

26       Petitioner's counsel has nearly completed the evidentiary submission. It is rather lengthy and

27   needs substantial editing. However, he has not been able to complete the briefing for personal reasons

28   disclosed to Respondent's counsel, as well as the continuing need to attend to the lethal injection

    litigation. Final and certified copies of the depositions were completed by all the reporters and

    **Status Report and Request for Amendment**
    **No. C-97-20618-JW**

1  delivered today.

2         Petitioner's counsel will be able to submit it by July 22, 2013.

3         Respondent's counsel agrees to this request.

4
   Dated: July 19, 2012                          Respectfully submitted,
5
                                                 JOHN R GRELE
6                                                LYNNE S. COFFIN
                                                 Attorneys for Petitioner
7                                                RICHARD DEAN CLARK

8
                                                 By:_____/s/_____
9                                                      John R Grele

10
   Dated: July 19, 2012                          ALICE LUSTRE
11                                               Attorney for Respondent

12                                               By:_____/s/_____

13

14  Pursuant to stipulation, IT IS SO ORDERED.

15
   Dated:  July 23, 2012                         _____
16                                               JAMES WARE
                                                 United States Chief District Judge
17

18

19

20

21

22

23

24

25

26

27

28

**Status Report and Request for Amendment**
**No. C-97-20618-JW**                    2