


JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, 3rd Floor
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK,<br><br>Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, ActingWarden of California State Prison at San Quentin, California,<br><br>Respondent. | No. C-97-20618-JW<br><br>STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE EVIDENTIARY SUBMISSION<br><br>**DEATH PENALTY CASE** |

Pursuant to the party's previous submission, discovery was to be completed and an evidentiary hearing motion filed by July 10, 2012. a further request was submitted to have the evidentiary submission completed by July 18, 2012 based on petitioner's counsel's unavailability due to the lethal injection litigation, and the absence of complete transcripts for the depositions.

Petitioner's counsel has nearly completed the evidentiary submission. It is rather lengthy and needs substantial editing. However, he has not been able to complete the briefing for personal reasons disclosed to Respondent's counsel, as well as the continuing need to attend to the lethal injection litigation. Final and certified copies of the depositions were completed by all the reporters and

delivered today.

Petitioner's counsel will be able to submit it by July 22, 2013.

Respondent's counsel agrees to this request.

Dated: July 19, 2012

Respectfully submitted,

JOHN R GRELE
LYNNE S. COFFIN
Attorneys for Petitioner
RICHARD DEAN CLARK

By:_____/s/____________________
John R Grele

Dated: July 19, 2012

ALICE LUSTRE
Attorney for Respondent

By:______/s/___________________

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 23, 2012

______________________________
JAMES WARE
United States Chief District Judge