JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, third
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK, | No. C-97-20618-JW |
| Petitioner, | |
| vs. | STIPULATION AND ~~REQUEST FOR~~ ORDER RE DISCOVERY AND EVIDENTIARY SUBMISSION |
| MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin, California, | **DEATH PENALTY CASE** |
| Respondent | |

Pursuant to the party's previous submission, discovery was to be completed and an evidentiary hearing motion filed by July 22, 2012.

However, it was not possible to submit the materials by that date. Petitioner's counsel has been involved in lethal injection litigation in three courts. This litigation was precipitated by a private party and the Los Angeles District Attorney who has sought execution dates despite a state court injunction preventing executions at present. The briefing in those matters was not completed until the hearing on July 13, 2012. At that hearing, the superior court continued matters to September 10, 2012.

Several of the deposition transcripts had not been provided to counsel. The last deposition

**Stipulation and Order**
**No. C-97-20618-JW**

1  transcript did not arrive in counsel's office until July 20, 2012.

2      Petitioner's counsel incurred some unforeseen health difficulties that required a reduced work
3  schedule, and diagnostic procedures.  Counsel was able to file the briefing on August 1, 2012 and the
4  exhibits, previously filed in hard copy, were filed electronically shortly thereafter.  Some exhibits
5  remain extant because the scanning that was done did not reduce the size of the file sufficiently to
6  permit PACER filing, and will have to be re-scanned.  Petitioner requests the brief be deemed timely
7  filed.  Respondent has no objection.

8      Respondent's counsel has reviewed the briefing and requests additional time in which to
9  complete the responsive briefing, given the length of the Motion and the difficulties in filing the
10 exhibits.  Respondent's counsel requests until October 1, 2012.  Petitioner's counsel agrees to this
11 request.

12
13 Dated: August 14, 2012                    Respectfully submitted,

14                                           JOHN R GRELE
                                             LYNNE S. COFFIN
15                                           Attorneys for Petitioner
                                             RICHARD DEAN CLARK
16
17                                           By:_____/s/_____
                                                    John R Grele
18
19 Dated: August 14, 2012                    ALICE LUSTRE
                                             Attorney for Respondent
20
                                             By:_____/s_____
21                                                   Alice Lustre

22 Pursuant to stipulation, IT IS SO ORDERED.

23
24 Dated: August 22, 2012                    _____
                                             JAMES WARE
25                                           United States Chief District Judge

26
27
28

**Stipulation and Order**
**No. C-97-20618-JW**                    2