IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD DEAN CLARK,** <br><br> Petitioner, <br><br> v. <br><br> **MICHAEL MARTEL, Warden of California State Prison at San Quentin,** <br><br> Respondent. | CAPITAL CASE <br><br> Case No. C-97-20618 WHA <br><br> [PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have an additional fourteen (14) days, to and including October 15, 2012, in which to file his response to Petitioner's Renewed Motion for Evidentiary Hearing.

IT IS SO ORDERED.

Dated:  September 26, 2012

_____
The Honorable William H. Alsup
United States District Court Judge

1

[Proposed] Order (C-97-20618 WHA)