1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **RICHARD DEAN CLARK,** | **CAPITAL CASE** |
| Petitioner, | Case No. C-97-20618 WHA |
| **v.** | ~~**[PROPOSED]**~~ **ORDER** |
| **MICHAEL MARTEL, Warden of California State Prison at San Quentin,** | |
| Respondent. | |

19       GOOD CAUSE APPEARING, it is hereby ordered that respondent may have an additional

20   fourteen (14) days, to and including October 15, 2012, in which to file his response to Petitioner's

21   Renewed Motion for Evidentiary Hearing.

22       IT IS SO ORDERED.

23

24   Dated: _____September 26, 2012_____      _____

25                                               The Honorable William H. Alsup
                                                 United States District Court Judge
26

27

28

1