IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD DEAN CLARK,** <br><br> Petitioner, <br><br> v. <br><br> **KEVIN CHAPPELL, Warden of California State Prison at San Quentin,** <br><br> Respondent. | CAPITAL CASE <br><br> Case No. C-97-20618 WHA <br><br> [~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have an additional 49 days, to an including December 3, 2012, in which to file his response to Petitioner's Renewed Motion for Evidentiary Hearing.

IT IS SO ORDERED.

Dated: October 12, 2012

_____
The Honorable William H. Alsup
United States District Court Judge

1

[Proposed] Order (C-97-20618 JW)