JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, third
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK,<br><br>   Petitioner,<br><br>vs.<br><br><br><br>MICHAEL MARTEL, ActingWarden of California State Prison at San Quentin, California,<br><br>   Respondent. | No. C-97-20618-WA<br><br><br><br>STIPULATION AND REQUEST FOR ORDER RE REPLY TO RESPONSE TO MOTION FOR EVIDENTIARY HEARING<br>Civ. L.R. 7-12<br><br><br><br>**DEATH PENALTY CASE** |

The parties, having met and conferred, stipulate as follows:

WHEREAS Petitioner's Motion for Evidentiary Hearing was filed on August 1, 2012 and Respondent's Response was filed December 17, 2012;

WHEREAS this matter involves numerous and extensive factual submissions and legal analyses; and,

WHEREAS Petitioner's counsel has been occupied with preparing motions for a lengthy upcoming RICO trial in the District of Nevada that were heard on January 11, 2013, a summary judgement hearing in a complex wrongful death action in the Kern County Superior court, and a

**Stipulation and Order**
**No. C-97-20618-WA**

summary judgement hearing in a capital case in the Central District of California now set for January 29, 2013.

IT IS HEREBY STIPULATED that Petitioner's Reply to the Response to the Motion for Evidentiary Hearing be filed on or before February 8, 2013.

Dated: January 14, 2013      Respectfully submitted,

JOHN R GRELE
LYNNE S. COFFIN
Attorneys for Petitioner
RICHARD DEAN CLARK

By: \_\_\_\_\_/s/_____
       John R Grele

Dated: January 14, 2013      ALICE LUSTRE
Attorney for Respondent

By: \_\_\_\_\_/s_____
      Alice Lustre

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 15, 2013

_____
WILLIAM ALSUP
United States District Judge

**Stipulation and Order**
**No. C-97-20618-WA**      2