JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, third
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK,<br><br>　　　　Petitioner,<br><br>vs.<br><br><br><br>MICHAEL MARTEL, ActingWarden of California State Prison at San Quentin, California,<br><br>　　　　Respondent. | No. C-97-20618-WA<br><br>STIPULATION AND REQUEST FOR ORDER RE REPLY TO RESPONSE TO MOTION FOR EVIDENTIARY HEARING<br>Civ. L.R. 7-12<br><br>**DEATH PENALTY CASE** |

　　　The parties, having met and conferred, stipulate as follows:

　　　WHEREAS Petitioner's Motion for Evidentiary Hearing was filed on August 1, 2012 and Respondent's Response was filed December 17, 2012;

　　　WHEREAS this matter involves numerous and extensive factual submissions and legal analyses; and,

　　　WHEREAS Petitioner's reply was due February 8, 2013,

　　　WHEREAS counsel for Petitioner has been occupied with preparing for a lengthy upcoming RICO trial in the District of Nevada, with motions heard on January 11, 2013, at which time an April

8, 2013 trial date was set; a summary judgement hearing in a complex wrongful death action in the Kern County Superior court set for March 5, 2013; and a summary judgement hearing in a capital case in the Central District of California that involved a 375-page tentative decision and was held January 29, 2013.

    WHEREAS counsel for Petitioner has requested one extension of time to file his Reply, and does not anticipate requesting another beyond this present application;

    IT IS HEREBY STIPULATED that Petitioner's Reply to the Response to the Motion for Evidentiary Hearing be filed on or before March 11, 2013.

Dated: February 8, 2013          Respectfully submitted,

                                               JOHN R GRELE
                                               LYNNE S. COFFIN
                                               Attorneys for Petitioner
                                               RICHARD DEAN CLARK

                                               By:_____/s/_____
                                                           John R Grele

Dated: February 8, 2013          ALICE LUSTRE
                                               Attorney for Respondent

                                               By:_____/s_____
                                                           Alice Lustre

Pursuant to stipulation, IT IS SO ORDERED.

Dated:    February 11, 2013

                                               _____
                                               William Alsup, United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*