JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, third
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK,<br><br>   Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, ActingWarden of California State Prison at San Quentin, California,<br><br>   Respondent. | No. C-97-20618-WA<br><br>STIPULATION AND REQUEST FOR ORDER RE REPLY TO RESPONSE TO MOTION FOR EVIDENTIARY HEARING<br>Civ. L.R. 7-12<br><br>**DEATH PENALTY CASE** |

The parties, having met and conferred, stipulate as follows:

WHEREAS Petitioner's Motion for Evidentiary Hearing was filed on August 1, 2012 and Respondent's Response was filed December 17, 2012;

WHEREAS this matter involves numerous and extensive factual submissions and legal analyses; and,

WHEREAS Petitioner's reply was due February 8, 2013,

WHEREAS counsel for Petitioner has been occupied with preparing for a lengthy upcoming RICO trial in the District of Nevada, with motions heard on January 11, 2013, at which time an April

**Stipulation and Order**
**No. C-97-20618-WA**

8, 2013 trial date was set; a summary judgement hearing in a complex wrongful death action in the Kern County Superior court set for March 5, 2013; and a summary judgement hearing in a capital case in the Central District of California that involved a 375-page tentative decision and was held January 29, 2013.

  WHEREAS counsel for Petitioner has requested one extension of time to file his Reply, and does not anticipate requesting another beyond this present application;

  IT IS HEREBY STIPULATED that Petitioner's Reply to the Response to the Motion for Evidentiary Hearing be filed on or before March 11, 2013.

Dated: February 8, 2013         Respectfully submitted,

                  JOHN R GRELE
                  LYNNE S. COFFIN
                  Attorneys for Petitioner
                  RICHARD DEAN CLARK

                  By:_____/s/_____
                     John R Grele

Dated: February 8, 2013         ALICE LUSTRE
                  Attorney for Respondent

                  By:_____/s_____
                     Alice Lustre

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 11, 2013

                  _____
                  William Alsup, United States District Judge