JOHN R. GRELE
State Bar No. 167080
1 Blackfield Dr., #158
Tiburon, CA 94920
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK, | No. C-97-20618-WHA |
| Petitioner, | |
| vs. | STIPULATION AND REQUEST FOR ORDER RE EXTENSION OF TIME TO FILE REPLY BRIEFING |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, California, | **DEATH PENALTY CASE** |
| Respondent. | |

Counsel for Plaintiff and Defendant, having conferred, it is hereby STIPULATED that:

WHEREAS Plaintiff's reply to opposition to motion for evidentiary hearing was due March 8, 2013, and a stipulation to continue to March 27, 2013 is pending;

WHEREAS counsel for Plaintiff has been engaged in litigation in the District of Nevada concerning a large RICO case with an April 8, 2013 trial date, including preparing a writ of mandamus challenging the decision to remove counsel, briefing on jurisdictional issues having been ordered by the Circuit;

**Stipulation and Order**
**No. C-97-20618-WHA**

1       WHEREAS counsel for Plaintiff has been occupied with another death row inmate's case
2  involving questions of the inmate's competency, including his competency to refuse food and water
3  such that he was near death;

4       WHEREAS counsel for Plaintiff moved his office on March 1, 2013, which occupied nearly
5  two weeks, including a substantial period where counsel was without computer services or access to
6  his files, and counsel is still trying to organize his new office and has had limited access to Mr. Clark's
7  files;

8       WHEREAS counsel has made progress on the briefing;

9       WHEREAS, for personal reasons disclosed to respondent's counsel, petitioner's counsel was
10 delayed in his progress on the brief;

11      WHEREAS, and for the above reasons, Plaintiff is requesting an additional three (3) weeks to
12 file his reply, to and including April 10, 2013, and Respondent has no objection.

13      IT IS SO STIPULATED

Dated: April 5, 2013                    Respectfully submitted,

                                        JOHN R GRELE
                                        LYNNE S. COFFIN
                                        Attorneys for Petitioner
                                        RICHARD DEAN CLARK


                                        By:_____/s/_____
                                              John R Grele

Dated: April 5, 2013                    ALICE LUSTRE
                                        Attorney for Respondent

                                        By:_____/s_____
                                              Alice Lustre

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 10, 2013
                                        _____
                                        WILLIAM ALSUP
                                        United States District Judge

**Stipulation and Order**
**No. C-97-20618-WHA**                  2