JOHN R. GRELE
State Bar No. 167080
1 Blackfield Dr., #158
Tiburon, CA 94920
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK,<br><br>  Petitioner,<br><br>vs.<br><br><br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin, California,<br><br>  Respondent. | No. C-97-20618-WHA<br><br>STIPULATION AND REQUEST FOR ORDER RE EXTENSION OF TIME TO FILE REPLY BRIEFING<br><br>**DEATH PENALTY CASE** |

Counsel for Plaintiff and Defendant, having conferred, it is hereby STIPULATED that:

WHEREAS Plaintiff's reply to opposition to motion for evidentiary hearing was due April 10, 2013;

WHEREAS counsel for Plaintiff had been engaged in litigation in the District of Nevada concerning a large RICO case with an April 8, 2013 trial date, and then had to prepare a writ of mandamus challenging the decision to remove counsel, briefing on jurisdictional issues that was ordered by the Circuit to be filed April 10, 2013, and an application for a stay that was filed on April 22, 2013;

**Stipulation and Order**
**No. C-97-20618-WHA**

WHEREAS counsel for Plaintiff has been occupied with another death row inmate's case involving questions of the inmate's competency, including his competency to refuse food and water such that he was near death;

WHEREAS counsel for Plaintiff moved his office on March 1, 2013 and counsel is still trying to organize his new office and has had limited access to Mr. Clark's files;

WHEREAS counsel was occupied this past two weeks with efforts to settle a Los Angeles County civil case with a May 29, 2013 trial date, and to prepare for that trial;

WHEREAS counsel has made significant progress on the briefing;

WHEREAS, and for the above reasons, Plaintiff is requesting to and including May 6, 2013 to file his Reply, and Respondent has no objection.

IT IS SO STIPULATED

Dated: May 3, 2013

Respectfully submitted,

JOHN R GRELE
LYNNE S. COFFIN
Attorneys for Petitioner
RICHARD DEAN CLARK

By:_____/s/_____
         John R Grele

Dated: May 3, 2013

ALICE LUSTRE
Attorney for Respondent

By:_____/s_____
         Alice Lustre

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  May 6, 2013

_____
WILLIAM ALSUP
United States District Judge

**Stipulation and Order**
**No. C-97-20618-WHA**                              2