JOHN R. GRELE
State Bar No. 167080
1 Blackfield Dr., #158
Tiburon, CA 94920
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

LYNNE COFFIN
State Bar No. 121389
38 Miller Ave., #328
Mill Valley, CA 94941
(415) 383-2432

Attorneys for Petitioner
RICHARD DEAN CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DEAN CLARK, | ) No. C-97-20618-WHA |
| Petitioner, | ) |
| vs. | ) STIPULATION AND REQUEST FOR ) ORDER RE EXTENSION OF TIME TO ) FILE REPLY BRIEFING |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, California, | ) ) **DEATH PENALTY CASE** |
| Respondent. | ) |

Counsel for Plaintiff and Defendant, having conferred, it is hereby STIPULATED that:

WHEREAS Plaintiff's reply to opposition to motion for evidentiary hearing was due April 10, 2013;

WHEREAS counsel for Plaintiff had been engaged in litigation in the District of Nevada concerning a large RICO case with an April 8, 2013 trial date, and then had to prepare a writ of mandamus challenging the decision to remove counsel, briefing on jurisdictional issues that was ordered by the Circuit to be filed April 10, 2013, and an application for a stay that was filed on April 22, 2013;

**Stipulation and Order**
**No. C-97-20618-WHA**

1  WHEREAS counsel for Plaintiff has been occupied with another death row inmate's case
2  involving questions of the inmate's competency, including his competency to refuse food and water
3  such that he was near death;

4  WHEREAS counsel for Plaintiff moved his office on March 1, 2013 and counsel is still trying
5  to organize his new office and has had limited access to Mr. Clark's files;

6  WHEREAS counsel was occupied this past two weeks with efforts to settle a Los Angeles
7  County civil case with a May 29, 2013 trial date, and to prepare for that trial;

8  WHEREAS counsel has made significant progress on the briefing;

9  WHEREAS, and for the above reasons, Plaintiff is requesting to and including May 6, 2013 to
10  file his Reply, and Respondent has no objection.

11  IT IS SO STIPULATED

Dated: May 3, 2013                          Respectfully submitted,

                                            JOHN R GRELE
                                            LYNNE S. COFFIN
                                            Attorneys for Petitioner
                                            RICHARD DEAN CLARK


                                            By:_____/s/_____
                                                    John R Grele


Dated: May 3, 2013                          ALICE LUSTRE
                                            Attorney for Respondent

                                            By:_____/s_____
                                                    Alice Lustre


Pursuant to stipulation, IT IS SO ORDERED.


Dated:  May 6, 2013                         _____
                                            WILLIAM ALSUP
                                            United States District Judge

                                            IT IS SO ORDERED
                                            Judge William Alsup

**Stipulation and Order**
**No. C-97-20618-WHA**                      2