**E-Filing**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Dean CLARK,<br><br>    Petitioner,<br><br>v.<br><br>Kevin CHAPPELL,<br>Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 3-97-cv-20618-WHA<br><br>DEATH-PENALTY CASE<br><br>ORDER GRANTING MOTIONS REGARDING PETITIONER'S EVIDENTIARY-HEARING REPLY<br><br>[Docs. Nos. 551, 552, 554, & 555] |

    Petitioner moves for an extension of time to file his reply to Respondent's opposition to his renewed motion for an evidentiary hearing. (Doc. No. 554.) Petitioner also requests leave to file an oversized reply brief. (Doc. No. 555.) Respondent does not oppose the motions. Good cause appearing therefor, the Court grants the motions. Petitioner's reply brief, (Doc. No. 553), is deemed timely filed as of the date that the present order is posted. The Clerk shall terminate as moot the related pending stipulations, (Docs. Nos. 551 & 552).

*It is so ordered.*

DATED: July 18, 2013

                                                    WILLIAM H. ALSUP<br>                                                    United States District Judge