IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN CLARK, | No. 97-20618 WHA |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEVIN CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

Pursuant to the order entered today denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: March 31, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE